990

No. 672. GRANDINETTI ET UX. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *John B. Nicklas, Jr.,* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 686. UNITED MINE WORKERS OF AMERICA v. SUNFIRE COAL CO. ET AL. C. A. 6th Cir. Certiorari denied. *Harrison Combs* and *M. E. Boiarsky* for petitioner. *James S. Greene, Jr.,* and *Logan E. Patterson* for respondents.

No. 687. INDUSTRIAL SHOE MACHINERY CORP. v. UNITED SHOE MACHINERY CORP. C. A. 1st Cir. Certiorari denied. *Joseph Zallen* for petitioner. *Harry L. Kirkpatrick* and *William W. Rymer* for respondent.

No. 691. BROTHERHOOD OF RAILROAD TRAINMEN, AFL–CIO v. FLORIDA EAST COAST RAILWAY CO. C. A. 5th Cir. Certiorari denied. *Neal Rutledge* and *Allan Milledge* for petitioner. *William B. Devaney* and *George B. Mickum III* for respondent.

No. 697. EDDLEMAN v. SUPREME COURT OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Bryce Rea, Jr.,* for petitioner. *T. M. Royce* for respondent.

No. 701. TURKEL ET AL. v. FOOD AND DRUG ADMINISTRATION, DEPARTMENT OF HEALTH, EDUCATION AND WELFARE. C. A. 6th Cir. Certiorari denied. *Leo E. Rattay* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.